PROB 12C
(6/16)

Report Date: November 26, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 27, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Gared Tynan Tilch-Bryant | Case Number: 0980 2:15CR00026-JLQ-1 |
| Address of Offender: | Spokane Valley, Washington 99206 |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 4, 2015

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Hicks | Date Supervision Commenced: March 29, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: March 28, 2022 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Bryant is alleged to have used heroin on November 13 and 24, 2019. In addition, Mr. Tilch-Bryant is also alleged to have used methamphetamine on November 13, 2019.<br><br>On November 14, 2019, Mr. Tilch-Bryant reported to the probation office at the direction of the undersigned officer. When a random urinalysis test was requested, he admitted to using methamphetamine and heroin on November 13, 2019, and signed a drug use admission form.<br><br>On November 25, 2019, Mr. Tilch-Bryant reported to the probation office at the direction of the undersigned officer. A random urinalysis test was requested and he admitted to using heroin on November 24, 2019. He signed a drug use admission form. |

Prob12C
**Re: Tilch-Bryant, Gared Tynan**
**November 26, 2019**
**Page 2**

        On April 2, 2019, Mr. Tilch-Bryant's conditions of supervision were reviewed with him relative to case number 2:15CR00026-JLQ-1. He signed his judgment acknowledging an understanding his obligations to the Court.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/26/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

11/27/19
Date