PROB 12C
(6/16)

Report Date: December 6, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2019

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gared Tynan Tilch-Bryant                Case Number: 0980 2:15CR00026-JLQ-1

Address of Offender:                              , Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 4, 2015

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence:    Prison - 37 months               Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Earl Hicks                       Date Supervision Commenced: March 29, 2019

Defense Attorney:     Federal Defender's Office        Date Supervision Expires: March 28, 2022

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/27/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  Mr. Tilch-Bryant is alleged to have used morphine and methamphetamine on December 2, 2019. |
| | On December 2, 2019, Mr. Tilch-Bryant reported to the U.S. Probation Office at the direction of the undersigned officer. A random urinalysis test was collected and the urine sample was presumptive positive for methamphetamine and morphine.  The sample was sent to Alere Toxicology for further testing which confirmed the positive test. |
| | On April 2, 2019, Mr. Tilch-Bryant's conditions of supervision were reviewed with him relative to case number 2:15CR00026-JLQ-1.  He signed his judgment acknowledging an understanding his obligations to the Court. |

Prob12C
**Re: Tilch-Bryant, Gared Tynan**
**December 6, 2019**
**Page 2**

| | | |
|---|---|---|
| 3 | | **Standard Condition #2:** The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer. |

        **Supporting Evidence:** Mr. Tilch-Bryant is alleged to have violated his conditions of supervised release by failing to report as directed on October 31 and November 22, 2019.

        On October 31, 2019, Mr. Tilch-Bryant reached out to the undersigned officer around 9 a.m. inquiring if the undersigned officer would like him to report to the probation office. The undersigned officer told him "yes," and that a urine sample will be collected. Mr. Tilch-Bryant responded "ok," and indicated he had to see his Washington State Department of Corrections (DOC) officer at 10 a.m. and would report after his appointment. He was also instructed to call this officer after he was done meeting with his DOC officer, and he stated "ok." Mr. Tilch–Bryant never called or reported to the U.S. Probation Office as directed.

        On November 14, 2019, Mr. Tilch-Bryant reported to the U.S. Probation Office. He was given instructions to report back to the U.S. Probation Office on November 22, 2019.

        At approximately 4:40 p.m. on November 22, 2019, Mr. Tilch-Bryant called the undersigned officer. The undersigned officer had called and left him a voice mail earlier in the day inquiring his whereabouts due to previous reporting instructions. Mr. Tilch-Bryant indicated that this officer did not give him a specific time to report and told the undersigned officer he was at his mom's home. The subject was verbally reprimanded for poor time management and not reporting earlier in the day and then waiting shortly before the office closed to contact this officer. Given the time frame, as it was close to the end of business, he was unable to report as instructed.

        On April 2, 2019, Mr. Tilch-Bryant's conditions of supervision were reviewed with him relative to case number 2:15CR00026-JLQ-1. He signed his judgment acknowledging an understanding his obligations to the Court.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/26/2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/06/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Tilch-Bryant, Gared Tynan**
**December 6, 2019**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_12/10/2019_____
Date