PROB 12C
(6/16)

Report Date: February 19, 2020

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 20, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gared Tynan Tilch-Bryant     Case Number: 0980 2:15CR00026-JLQ-1

Address of Offender:                     Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 4, 2015

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence:   Prison - 37 months          Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Earl Allen Hicks            Date Supervision Commenced: March 29, 2019

Defense Attorney:    Matthew A. Campbell         Date Supervision Expires: March 28, 2022

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/27/2019 and 12/06/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**:  Mr. Tilch-Bryant is alleged to have used methamphetamine on or about February 14, 2020. |
|   | On February 18, 2020, Mr. Tilch-Bryant reported to the U.S. Probation Office at the direction of the undersigned officer to provide a urine sample. A urine sample was collected and the urine sample was presumptive positive for methamphetamine.  Mr. Tilch-Bryant admitted to the consumption of methamphetamine and signed a drug use admission form. |
|   | On April 2, 2019, Mr. Tilch-Bryant's conditions of supervision were reviewed with him relative to case number 2:15CR00026-JLQ-1.  He signed his judgment acknowledging an understanding his obligations to the Court. |

Prob12C
**Re: Tilch-Bryant, Gared Tynan**
**February 19, 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/19/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

2/20/2020
Date