PROB 12C
(6/16)

Report Date: April 27, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Gared Tynan Tilch-Bryant | Case Number: 0980 2:15CR00026-JLQ-1 |
| Address of Offender: , Spokane Valley, Washington 99206 | |
| Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge | |
| Date of Original Sentence: September 4, 2015 | |
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) |
| Original Sentence: Prison - 37 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl Allen Hicks | Date Supervision Commenced: March 29, 2019 |
| Defense Attorney: Katherine Westerman | Date Supervision Expires: March 28, 2022 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/27/2019, 12/06/2019 and 02/20/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: On April 6 and 7, 2020, the undersigned officer left messages for Mr. Tilch-Bryant to call the undersigned officer. Mr. Tilch-Bryant failed to call as directed.

On April 2, 2019, Mr. Tilch-Bryant's conditions of supervision were reviewed with him relative to case number 2:15CR00026-JLQ-1. He signed his judgment acknowledging an understanding of his obligations to the Court

On April 6, 2020, the undersigned officer called Mr. Tilch-Bryant and left a message for him to call this officer. A text message was also sent. The messages went unanswered. On April 7, 2020, the undersigned officer left a message with his girlfriend asking to have him call this officer, and she agreed to give him that message. Said message also went unanswered.

The undersigned officer was able to contact Mr. Tilch-Bryant on April 13, 2020. He advised he did receive the message to call on April 7, 2020, but had no explanation as to why he did not return the undersigned officer's messages.

| | | |
|---|---|---|
| 6 | | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Tilch-Bryant failed to appear for random urinalysis testing on March 31 and April 3, 2020.

On April 2, 2019, Mr. Tilch-Bryant's conditions of supervision were reviewed with him relative to case number 2:15CR00026-JLQ-1. He signed his judgment acknowledging an understanding of his obligations to the Court

On March 31, 2020, the color of the day for urinalysis testing at Pioneer Human Services (PHS) was gold 3, Mr. Tilch-Bryant's assigned color for urinalysis testing. At approximately 11 a.m. on March 31, 2020, the undersigned officer reminded the offender to provide a urinalysis test at PHS, and he agreed to do so, however Mr. Tilch-Bryant failed to show and provide a urinalysis test, as directed.

On April 1, 2020 the color of the day for urinalysis testing at PHS was gold 3, Mr. Tilch-Bryant's assigned color for urinalysis testing. He failed to appear as directed.

7   **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Tilch-Bryant is alleged to have used morphine, methamphetamine, and marijuana on or about April 22, 2020.

On April 2, 2019, Mr. Tilch-Bryant's conditions of supervision were reviewed with him relative to case number 2:15CR00026-JLQ-1. He signed his judgment acknowledging an understanding of his obligations to the Court.

On April 22, 2020, Mr. Tilch-Bryant provided a urinalysis test at PHS and the urine sample was presumptive positive for morphine, methamphetamine and marijuana. He signed a drug use admission form admitting to illicit drug use.

8   **Special Condition #16** : You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence** Mr. Tilch-Bryant failed to attend drug and alcohol treatment at PHS on April 10, 13, and 17, 2020.

On April 2, 2019, Mr. Tilch-Bryant's conditions of supervision were reviewed with him relative to case number 2:15CR00026-JLQ-1. He signed his judgment acknowledging an understanding of his obligations to the Court

Prob12C
**Re: Tilch-Bryant, Gared Tynan**
**April 27, 2020**
**Page 3**

Staff at PHS notified the undersigned officer that Mr. Tilch-Bryant failed to attend drug and alcohol treatment on the above dates. On April 17, 2020, Mr. Tilch-Bryant logged into his treatment group, but fell asleep.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/27/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

4/27/2020
Date