PROB 12C
(6/16)

Report Date: May 4, 2020

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2020

SEAN F. McAVOY, CLERK

for the

### Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Gared Tynan Tilch-Bryant     Case Number: 0980 2:15CR00026-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 4, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 31 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: March 29, 2019 |
| Defense Attorney: | Katherine Westerman | Date Supervision Expires: March 28, 2022 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/27/2019, 12/06/2019, 02/20/2020, and 04/27/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

9     **Special Condition#18** : You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

**Supporting Evidence**: On or about May 3, 2020, Mr. Tilch-Bryant is alleged he was terminated from the Spokane Residential Reentry Center (RRC), for failing to abide by the rules and requirements of the facility.

On April 2, 2019, Mr. Tilch-Bryant's conditions of supervision were reviewed with him relative to case number 2:15CR00026-JLQ-1.  He signed his judgment acknowledging an understanding of his obligations to the Court.

On April 24, 2020, Mr. Tilch-Bryant entered the RRC as directed as an avenue to assist him to regain compliance with his conditions of supervision.

On May 3, 2020, RRC staff advised the undersigned officer that Mr. Tilch-Bryant was being terminated unsuccessfully for violations of program rules and regulations.  Specifically, Mr. Tilch-Bryant was in possession of a makeshift pipe, a green leafy substance was found all

Prob12C
Re: Tilch-Bryant, Gared Tynan
May 4, 2020
Page 2

over his bed, and a bag of synthetic marijuana (spice) in his backpack. On the morning of May 4, 2020, Mr. Tilch-Bryant absconded from the RRC. His current whereabout are unknown.

10     **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Tilch-Bryant is alleged to have used morphine, codeine, hydromorphone, methamphetamine, and marijuana on or about April 24, 2020.

On April 2, 2019, Mr. Tilch-Bryant's conditions of supervision were reviewed with him relative to case number 2:15CR00026-JLQ-1. He signed his judgment acknowledging an understanding of his obligations to the Court.

On April 24, 2020, Mr. Tilch-Bryant provided a urinalysis test at the RRC upon his arrival. The urine sample was confirmed positive by Redwood Toxicology for morphine, codeine, hydromorphone, methamphetamine and marijuana.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/04/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

5/4/2020
Date