PROB 12C
(6/16)

Report Date: May 8, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gared Tynan Tilch-Bryant          Case Number: 0980 2:15CR00026-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 4, 2015

Original Offense:   Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence:   Prison - 37 months           Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:   Earl A. Hicks              Date Supervision Commenced:  March 29, 2019

Defense Attorney:       Katherine Westerman        Date Supervision Expires: March 28, 2022

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/27/2019; 12/06/2019; 02/20/2020; 04/27/2020 and 05/04/2020

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 11 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On or about May 7, 2020, Mr. Tilch-Bryant was terminated from his employment at Auto Skin Detail, LLC, and has not informed the undersigned officer.<br><br>On April 2, 2019, Mr. Tilch-Bryant's conditions of supervision were reviewed with him relative to case number 2:15CR00026-JLQ-1, now 2:15CR00026-WFN-1.  He signed his judgment acknowledging an understanding of his obligations to the Court.<br><br>On or about April 29, 2020, the undersigned learned that Mr. Tilch-Bryant obtained employment at Auto Skin Detail, LLC.  On May 7, 2020, the undersigned officer contacted the employer.  The employer informed the undersigned officer that Mr. Tilch-Bryant's employment had been terminated.  Mr. Tilch-Bryant left work early on May 4, 2020, and was a "no-show" on May 6 and 7, 2020. It was further stated he will no longer be employed moving forward.  Attempts to reach Mr. Tilch-Bryant have been unsuccessful. |

Prob12C
**Re: Tilch-Bryant, Gared Tynan**
**May 8, 2020**
**Page 2**

| | | |
|---|---|---|
| | 12 | **Special Condition #16** : You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence** Mr. Tilch-Bryant was discharged unsuccessfully from drug and alcohol treatment at Pioneer Human Services on May 7, 2020.

On April 2, 2019, Mr. Tilch-Bryant's conditions of supervision were reviewed with him relative to case number 2:15CR00026-JLQ-1, now 2:15CR00026-WFN-1.  He signed his judgment acknowledging an understanding of his obligations to the Court.

On May 7, 2020, staff at Pioneer Human Services contacted the undersigned officer to advise that Mr. Tilch-Bryant was being terminated from treatment, as he was not amenable to treatment.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/08/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Tilch-Bryant, Gared Tynan**
**May 8, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____5/8/2020_____
Date