PROB 12C
(6/16)

Report Date: January 5, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gared Tynan Tilch-Bryant　　　　Case Number: 0980 2:15CR00026-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 4, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>May 28, 2020 | Prison - 7 months<br>TSR - 29 months | |
| Asst. U.S. Attorney: | Earl Hicks | Date Supervision Commenced: December 15, 2020 |
| Defense Attorney: | Katherine Westerman | Date Supervision Expires: May 14, 2023 |

## PETITIONING THE COURT

To issue a **warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 1**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.<br><br>**Supporting Evidence**: It is alleged Mr. Tilch-Bryant violated his terms of supervised release by failing to enter the Spokane Residential Reentry Center (RRC), as directed, on December 28, 2020.<br><br>On December 16, 2020, Mr. Tilch-Bryant and the undersigned officer reviewed all mandatory, standard, and special conditions on his revocation judgement dated May 28, 2020. |

On December 21, 2020, the undersigned officer notified Mr. Tilch-Bryant that as a condition of his supervision he would be required to enter the RRC. The undersigned officer was also advised that Mr. Tilch-Bryant would not be able to continue his living arrangement at his approved release address. He was directed by the undersigned officer that he would be required to enter the RRC on December 28, 2020. On December 29, 2020, the undersigned officer was notified that Mr. Tilch-Bryant failed to enter the RRC, as directed,

2 **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged Mr. Tilch-Bryant violated his terms of supervised release by failing to attend his drug and alcohol evaluation at Pioneer Human Services (PHS) on December 29, 2020.

On December 16, 2020, Mr. Tilch-Bryant and the undersigned officer reviewed all mandatory, standard, and special conditions on his revocation judgement dated May 28, 2020.

On December 29, 2020, staff at PHS advised that Mr. Tilch-Bryant was not available for his drug and alcohol evaluation that morning. Staff indicated that multiple attempts to contact him were unsuccessful.

3 **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Tilch-Bryant violated his terms of supervised release by failing to appear for urinalysis testing, as directed, on December 29, 2020.

On December 16, 2020, Mr. Tilch-Bryant and the undersigned officer reviewed all mandatory, standard, and special conditions on his revocation judgement dated May 28, 2020.

On December 29, 2020, the color of the day for urinalysis testing at PHS was brown, Mr. Tilch-Bryant's assigned color for urinalysis testing. PHS advised the undersigned officer that Mr. Tilch-Bryant failed to appear as directed.

4 **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of the change or expected change.

Prob12C
Re: Tilch-Bryant, Gared Tynan
January 5, 2021
Page 3

**Supporting Evidence:** It is alleged Mr. Tilch-Bryant violated his terms of supervised release by failing to notify the undersigned officer of a change in his residence since December 28, 2020.

On December 16, 2020, Mr. Tilch-Bryant and the undersigned officer reviewed all mandatory, standard, and special conditions on his revocation judgement dated May 28, 2020.

On December 28, 2020, Mr. Tilch-Bryant failed to enter the RRC, as directed. The undersigned officer contacted his mother where he had been approved to stay prior to entering the RRC. She informed the undersigned officer that Mr. Tilch-Bryant had not been staying at her residence, and his whereabouts were unknown. It appears Mr. Tilch-Bryant has absconded from supervision and has failed to keep this officer apprised of his current living arrangements.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/05/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

01/05/2021
Date