PROB 12C
(6/16)

Report Date: March 29, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gared Tynan Tilch-Bryant            Case Number: 0980 2:15CR00026-WFN-1

Address of Offender:                                  Spokane, Washington 99217

Name of Sentencing Judicial Officer: The Honorable Justin L. Quakenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 4, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 37 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 28, 2020) | Prison - 7 months;<br>TSR - 29 months | |
| Revocation Sentence:<br>(July 1, 2021) | Prison - 10 months;<br>TSR - 19 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: February 16, 2022 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: September 15, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

On February 22, 2022, the conditions of supervision were reviewed with Mr. Tilch-Bryant. He signed his conditions of supervision acknowledging his understanding of his conditions of supervision.

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: It is alleged Mr. Tilch-Bryant is in violation of his conditions of supervision by using fentanyl on or around March 12, 2022.<br><br>On March 15, 2022, Mr. Tilch-Bryant reported to the U.S. Probation Office to submit to urinalysis testing at the direction of the undersigned officer. The urine sample tested presumptive positive for fentanyl. He then admitted to the consumption of fentanyl on March 12, 2022. He signed an admission form. |

Prob12C
Re: Tilch-Bryant, Gared Tynan
March 29, 2022
Page 2

2 **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged Mr. Tilch-Bryant is in violation of his conditions of supervised release by aborting inpatient treatment at American Behavioral Health Services (ABHS) on or about March 28, 2022.

On March 16, 2022, Mr. Tilch-Bryant entered into residential inpatient treatment at ABHS. On March 29, 2022, the undersigned officer received a phone call from staff advising that he aborted treatment on the evening of March 28, 2022, against the advice of staff. Mr. Tilch-Bryant's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 29, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

3/29/2022
Date